### In re ARGENTO.

(District Court, E. D. New York. January 28, 1908.)

ALIENS—NATURALIZATION—MORAL CHARACTER OF APPLICANT.

The fact that an alien imperfectly acquainted with the English language obtained a certificate of naturalization under the prior law on a false statement that he was less than 18 years old when he came to this country, which certificate he afterward voluntarily surrendered, does not necessarily reflect on his moral character to such extent as to preclude him from making a new application.

Application for Naturalization.

Charles W. Bacon, for petitioner.

CHATFIELD, District Judge. This applicant voluntarily surrendered his papers in October, 1904. These papers had been obtained in October, 1903, after a residence of five years, and upon a statement that the applicant was less than 18 upon arrival. This statement was untrue.

The applicant seems to have done nothing within five years to reflect upon his moral character, except that he has recently filed a petition in this court, which was verified by him, but did not set forth that he had previously been in possession of a naturalization certificate. His ignorance of English, and the circumstances surrounding the making of his last petition, seem to justify his being allowed to make a new petition setting forth the exact facts. If anything be found inconsistent with good moral character, this can be presented at the time of final hearing; but for the purpose of application his record of good character would seem to be sufficient. See In re Di Clerico, 158 Fed. 905.